IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE L. BLANKENSHIP,

Petitioner,

v.

In re:  THE ESTATE OF
HERBERT J. VANDORT,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1282

Opinion filed June 2, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Lawrence L. Blankenship, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

RAY, SWANSON, and MAKAR, JJ., CONCUR.